UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLEY R. MOLTER,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:21-cv-274

HONORABLE PAUL L. MALONEY

# JUDGMENT

In accordance with the Order of Remand entered this date:

**IT IS HEREBY ORDERED** that Judgment enters.

Dated:  October 21, 2021

    /s/  Paul L. Maloney
Paul L. Maloney
United States District Judge